# UNITED STATES DISTRICT COURT
# STATE OF MINNESOTA

Kaiser Faisal Nur,

           Plaintiff,

vs.

Olmsted County, Stella Eissen, in her individual as well as her official capacity, Elizabeth Schneider-Loberg, in her individual and well as her official capacity, and MEnD Correctional Care, PLLP,

           Defendants.

Court File No. 19-cv-02384-WMW-DTS
Case Type: Civil Other-Miscellaneous

**OLMSTED COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

TO:   TO:   Plaintiff Kaiser Faisal Nur and his attorney, William L. French, 627 Woodhaven Court NE, Rochester, MN 55906.

MEnD Defendants and their attorneys, Larson King, LLC, Anthony J. Novak Bradley R. Prowant, 2800 Wells Fargo Place 30 E. Seventh Street St. Paul, MN 55101

PLEASE TAKE NOTICE that on May 4, 2021 at 1:00 p.m., Defendants, through the attorneys Dunlap & Seeger, P.A., in the persons of Gregory J. Griffiths, will and hereby does move the Court for an order granting a motion for summary judgment.

This motion is based upon this notice, upon all the pleadings, papers and files in this action, served and filed herein, including DOCS 58-62 filed on behalf of the MEnD Defendants.

1267924 500009-192363

2

Dated: March 19, 2021.                    DUNLAP & SEEGER, P.A.


                                          By:  /s/ Gregory J. Griffiths
                                               Gregory J. Griffiths
                                               Registration No. 185553

                                          Attorneys for Defendants Elizabeth Sanders, et al.
                                          30 3rd Street SE, Suite 400
                                          Post Office Box 549
                                          Rochester, Minnesota 55903
                                          Telephone: (507) 288-9111
                                          Facsimile:  (507) 288-9342
                                          Email: gjg@dunlaplaw.com