UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kaiser Faisal Nur,                                  Case No. 19-cv-2384 (WMW/DTS)

                Plaintiff,
                                                  **ORDER ADOPTING REPORT AND**
     v.                                                  **RECOMMENDATION**

Olmsted County et al.,

                Defendants.

---

       This matter is before the Court on the August 26, 2021 Report and Recommendation (R&R) of the United States Magistrate Judge David T. Schultz.  (Dkt. 73.)  The R&R recommends granting in part and denying in part Defendants Stella Essien, Elizabeth Schneider-Loberg and MEnD Correctional Care, PLLC's motion for summary judgment and granting Defendant Olmsted County's motion for summary judgment.  Objections to the R&R have not been filed.  In the absence of timely objections, this Court reviews an R&R for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Having reviewed the R&R, the Court finds no clear error.

       Based on the R&R, the foregoing analysis and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

       1.     The August 26, 2021 R&R, (Dkt. 73), is **ADOPTED**.

       2.     Defendants Stella Essien, Elizabeth Schneider-Loberg and MEnD Correctional Care, PLLC's motion for summary judgment, (Dkt. 58) is **GRANTED IN PART AND DENIED IN PART** as follows:

      a.      The motion is **DENIED** with respect to Plaintiff's Fourteenth Amendment deliberate-indifference claims against Essien and Schneider-Loberg; and

      b.      The motion is **GRANTED** in all other respects.

3.      Defendant Olmsted County's motion for summary judgment, (Dkt. 65), is **GRANTED**.

Dated: September 28, 2021

s/Wilhelmina M. Wright  
Wilhelmina M. Wright  
United States District Judge